**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

HERMAN CHAMBERS,
    Petitioner,

v.                                            CASE NO. 5:11cv319-MP-CJK

FLORIDA PAROLE COMMISSION,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 31, 2012.  (Doc. 10).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Petitioner's habeas corpus petition brought under 28 U.S.C. § 2254 (doc. 1) is DISMISSED without prejudice as an unauthorized second or successive habeas corpus application and a certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

    3.    The clerk is directed to close the file and send petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

    **DONE and ORDERED** this 4th day of March, 2012.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS
                                      CHIEF UNITED STATES DISTRICT JUDGE**